DEBRA WONG YANG
United States Attorney
By: ELIZABETH CARPENTER
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**ORIGINAL**



# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN ROMBOM,<br><br>    Defendant | 06-1446M<br><br>ORDER FOR DISMISSAL<br>OF<br>MAGISTRATE'S COMPLAINT |
|---|---|

A Magistrate's Complaint having been filed before the United States Magistrate CARLA M. WOEHRLE, in Los Angeles, California, against the above entitled defendant, charging a violation of Title 18, United States Code, Section 912, and the United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed without prejudice, and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

October 13, 2006
Date

_____
United States Magistrate Judge

Presented by:

_Elizabeth Carpenter_
ELIZABETH CARPENTER
Assistant United States Attorney

Complaint Filed: August 4, 2006    Is the person in custody?:

YES ☐
NO ☒

## CERTIFICATE OF SERVICE BY MAIL

I, **Hortencia Montes**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in the Certificate was made; that on October 13, 2006, I deposited in the United States mails in the United States Courthouse, 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT**

**Addressed to:**
Jeffrey H. Rutherford, Esq.
800 Wilshire Blvd., Ste 500
Los Angeles, CA 90017

at **his** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on October 13, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Hortencia Montes